# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re   Case No.

    **GZS Transport, LLC**

_____ Debtor(s).   /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **June 7, 2023**

/s/ Arasto Farsad
Signature of Debtor's Attorney or Pro Per Debtor

Ami Kimoto
41368 Danzon Court
Fremont, CA 94539


Building Futures Foundation, LLC
41368 Danzon Court
Fremont, CA 94539


Eric Liu
41368 Danzon Court
Fremont, CA 94539


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Khiem Tran & Hoang Tran
c/o Christine E. Picone, Esq.
Berliner Cohen, LLp
10- Almaden Blvd., 11th Floor
San Jose, CA 95113-2233


Lin Dee Liu
41368 Danzon Court
Fremont, CA 94539


Mechanics Bank
c/o Tom R. Normandin, Esq.
Prenovost, Normandin, Daw & Rocha
2122 N. Broadway, Suite 200
Santa Ana, CA 92706-2614

Mechanics Bank
c/o Robert B. Kaplan, Esq.
Jeffer, Mangels Butler & Mitchell, LLP
Two Embarcadero Center, 5th Fl.
San Francisco, CA 94111-3813


Paul Manasian, Esq.
Law Office of paul E. Manasian
1310 65th Street
Emeryville, CA 94608


Peter Lim/Lin Family Trust Trustee
c/o Christine E. Picone, Esq.
Berliner Cohen, LLP
10 Almaden Blvd., 11th Floor
San Jose, CA 95113-2233